United States District Court
Southern District of Texas
**ENTERED**
October 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | CRIMINAL H-4:18-344 (1) |
| § | |
| JOHN CRUISE § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) __2__ a presentence report is ordered.

1. By <u>January 14, 2022</u>, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By <u>January 28, 2022</u>, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By <u>February 11, 2022</u>, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for _____<u>February 24, 2022</u>_____, at __2:00__ p.m. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed: October 21, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:   United States Probation
        AUSA: Catherine Wagner / Patrick Queenan / John McCormack
        Defense Counsel: Jeff Vaden / Carmen M. Roe / James Kennedy / Kent Schaffer  - Retained
        Defendant is    ☒ on bond    ☐ in custody.