Clerk of the Court, United States District Court
515 Rusk Street, Rm. 5300 // P.O. Box 61010,
Houston, TX 37002-2600

RE: Case No. H-18-344-01

United States Courts
Southern District of Texas
FILED

JUL 10 2024

Nathan Ochsner, Clerk of Court

June 24, 2024

To the Clerk of the Court:

Hello. I am seeking to file additional appellate proceedings, and wish to obtain the following: (1) a docket sheet; and (2) a transcript ordering form. If possible, please enclose both in your office's response to this inquiry.

Thank you very much for your time in responding.

Respectfully,

John Cruise, Reg. 49386-479
Pro Se Litigant
Federal Correctional Institution
P.O. Box 5000, FCI 1
Oakdale, LA 71463

JOHN CRUISE # 49386-479
FCI-OAKDALE
P.O. BOX 5000
OAKDALE, LA. 71463

United States Courts
Southern District of Texas
FILED
JUL 10 2024
Nathan Ochsner, Clerk of Court

SHREVEPORT LA 710
2 JUL 2024 PM 1 L



CLERK OF THE COURT, US DISTRICT COURT
515 RUSK STREET, ROOM 5300
P.O. BOX 61010
HOUSTON, TEXAS 77002-2600

77208-101010